UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 09-352 (WHW) |
| BARTOLO PEREZ | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint
application of Ralph J. Marra, Jr., Acting United States Attorney
for the District of New Jersey (Justin W. Arnold, Assistant U.S.
Attorney, appearing) and defendant Bartolo Perez (Peter Carter,
Assistant Federal Public Defender, appearing), for an order
granting a continuance of the proceedings in the above-captioned
matter for 45 days from the date of this Order in order to allow
the parties to conclude plea negotiations; and the defendant
being aware that he has the right to have this matter tried
within 70 days of the date of his arraignment pursuant to Title
18, United States Code, Section 3161(c); and the defendant having
waived such right and consented to this continuance; and for good
cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

(1) Plea negotiations are currently in progress, and both
the United States and the defendant desire additional time to
conclude plea negotiations, which would render a trial of this

matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 27th day of July , 2009

ORDERED that this action be, and it hereby is, continued for a period of 45 days from the date of this Order; and

IT IS FURTHER ORDERED that this continued period shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

I hereby consent to the form and entry of this Order

Peter Carter, AFPD

Justin W. Arnold, AUSA