UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. William H. Walls

v.                            :      Crim. No. 09-352 (WHW)

BARTOLO PEREZ                 :      ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Justin W. Arnold, Assistant U.S. Attorney, appearing) and defendant Bartolo Perez (Peter Carter, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from December 7, 2009 to March 30, 2010, the date of the trial in this matter in order to allow the parties to conclude plea negotiations; and the defendant being aware that he has the right to have this matter tried within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c); and the defendant having waived such right and consented to this continuance; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to conclude plea negotiations, which would render a trial of this

matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 14 day of December, 2009

ORDERED that the Court's Order for Discovery and Inspection is modified as follows: Pre-trial motions shall be filed by February 9, 2010; opposition papers shall be filed by March 6, 2010; the motions are returnable March 23, 2010; and the trial date is scheduled for March 30, 2010.

IT IS FURTHER ORDERED that the period from September 10, 2009, through the date of trial, March 30, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

_____
Peter Carter, AFPD

_____
Justin W. Arnold, AUSA