UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 09-352 |
| BARTOLO PEREZ | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Justin W. Arnold, Assistant U.S. Attorney) and defendant Bartolo Perez (by his attorney, Susan Cassell, Esq.), for an Order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court pursuant to Title 18, United States Code, Section 3161(c), and all parties having consented to the entry of this continuance order under the Speedy Trial Act, and good cause having been shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to conclude plea negotiations, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

THEREFORE, IT IS on this 6 day of October, 2010 ORDERED that:

(6) Pretrial motions be filed and served not later than November 9, 2010

(7) Opposition due December 14, 2010

(8) Reply papers by December 21, 2010

(9) Motions hearing date December 07, 2010

(10) Trial date is December 28, 2010.

(11) This matter will be continued from July 28, 2010 through November 29, 2010 and that period shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

Susan Cassell
Attorney for Defendant

Justin W. Arnold, AUSA